UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOSE A. VELEZ,

              *Plaintiff,*

-against-

PEC GROUP OF NY INC., PAULINE P.
CHAHALES and ANGIE PFIEFFER,

              *Defendants.*

Civil Action No.: 11-CV-8147
(LTS)

**VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, with each party to bear its own costs, expenses, disbursements, and attorneys' fees, except that attorney's fees may be recovered in the event of Defendants' default under the Settlement Agreement between the parties. ~~The Court shall retain jurisdiction hereunder for the purposes of enforcement of the Settlement Agreement.~~

Date: New York, New York
      December 08, 2011

_____
William Cafaro, Esq. (WC2730)
LAW OFFICES OF WILLIAM CAFARO
19 West 44th St., Ste 1500
New York, NY 10036
Tel.: 212.583.7400
Attorney for Plaintiff

_____
Lansky Law Group.
Bart Lansky: Attorney at Law
2 Old Mamaroneck Rd. 7A
White Plains, NY 10605
914-269-8529
Attorney for Defendants


So Ordered:

_____  12/15/11